IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN COOPER**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**Case No. 4:16-cv-519-KGB**

**CLEVE BARFIELD, Individually
and in his Official Capacity as
Saline County Sheriff, and
RODNEY WRIGHT, in his Official Capacity**　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is plaintiff Kevin Cooper's motion to dismiss with prejudice (Dkt. No. 10). The motion indicates that the parties have agreed to settlement but mentioned only one of the defendants in its case style. Through informal communications, counsel for both parties indicated their agreement that plaintiff Kevin Cooper has settled his claims against both defendants Cleve Barfield and Rodney Wright. Therefore, for good cause shown, the Court grants the motion (Dkt. No. 10). The action is dismissed with prejudice pursuant to the terms of the settlement between the parties.

It is so ordered this the 6th day of June, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge